| | |
|---|---|
| 1 | MERRILL F. STORMS, JR. (Bar No. 78333) |
|   | **DLA PIPER LLP (US)** |
| 2 | 401 B Street, Suite 1700 |
|   | San Diego, CA  92101-4297 |
| 3 | Tel:    619-699-3526 |
|   | Fax:   619-699-2701 |
| 4 | rick.storms@dlapiper.com |
| 5 | HOPE CASE (Bar No. CA-157089) |
|   | **DLA PIPER LLP (US)** |
| 6 | 2000 University Avenue |
|   | East Palo Alto, CA  94303-2214 |
| 7 | Tel:    650.833.2000 |
|   | Fax:   650.833.2001 |
| 8 | hope.case@dlapiper.com |
| 9 | Attorneys for Defendant |
|   | UNITED AIR LINES, INC. |
| 10 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | JEFFREY J. MEDIRAN, | CASE NO. 3:09-cv-538 TEH |
| 15 | Plaintiff, | **DEFENDANT UNITED AIR LINES, INC.'S AND DEFENDANT INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 16 | v. | |
| 17 | THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS; UNITED AIRLINES, a Corporation; and DOES 1 through 50, inclusive, | |
| 18 | | |
| 19 | | Complaint:    January 2, 2009 |
| 20 | Defendants. | |

Defendant United Air Lines ("UAL") and Defendant International Association of Machinists and Aerospace Workers ("IAMAW") request that the Case Management Conference, currently scheduled for May 18, 2009 in this matter, be continued to June 29, 2009 or July 6, 2009, or such other subsequent date that is convenient for the Court's calendar. The IAMAW has filed a motion for judgment on the pleadings currently scheduled to be heard on June 1, 2009. UAL anticipates also filing a motion for judgment on the pleadings to be heard the same date. Defendants anticipate that these motions may dispose of, or at least significantly narrow, the

-1-

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21701798.1
410435-001090

DEFENDANTS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:09-cv-538 TEH

1  issues to be litigated and, accordingly, it would be efficient to have these motions determined
2  prior to the Case Management Conference.
3      In addition, counsel for the IAMAW has a trial scheduled before the NLRB in the case of
4  Ampersand Publishing, LLC, and Graphics Communication Conference of the International
5  Brotherhood of Teamsters, 31-CA-28589, *et al.*, beginning May 11, 2009 that is anticipated to
6  continue through the presently scheduled Case Management Conference date.
7      Accordingly, Defendants respectfully request that the Case Management Conference and
8  related dates be continued to a date after June 1, 2009. Plaintiff has declined to join in a
9  stipulation to continue the Case Management Conference. This is the first request by any party to
10 continue the Case Management Conference.

12 Dated: April 20, 2009        DLA PIPER LLP (US)

14                               By _____
                                   MERRILL F. STORMS, JR.
15                                 HOPE CASE
                                   Attorneys for Defendant
16                                 UNITED AIR LINES, INC.

17 Dated: April 20, 2009        BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI
                                 ADELSTEIN & DICKINSON
18
19                               By _____
                                   IRA GOTTLIEB
20                                 Attorneys for Defendant
                                   INTERNATIONAL ASSOCIATION OF
21                                 MACHINISTS AND AEROSPACE WORKERS

22
23      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Case Management
                                                         10:00 AM
   Conference in this case be continued to ____June 1____, 2009 at ~~1:30 p.m.~~
24
25 Dated:  04/21/09
                                 _____
26                               The Honorable Thelton E. Henderson
                                 Judge of the U.S. District Court
27
28

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21701798.1
410435-001090

-2-
DEFENDANTS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:09-cv-538 TEH