IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY J. MEDIRAN, <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS; UNITED AIRLINES, <br><br>　　　　　　Defendants. | NO. C 09-538 TEH <br><br>**ORDER DENYING EX PARTE REQUEST** |

　　　The Court is in receipt of Plaintiff's ex parte request to be relieved of the electronic filing requirements of the Northern District of California. The Electronic Case Filing system that the Court now uses is standard in federal courts nationwide. Its use is not complex, and is a baseline aspect of federal practice today. Although the Court is sympathetic to Plaintiff's counsel's request, the Court will not relieve Mr. Green of the obligation to use the ECF system. Information regarding its use, including links to websites for free conversion of documents to Adobe Acrobat format, is available on the Court's website at https://ecf.cand.uscourts.gov/cand/index.html . If Mr. Green and his staff are unable to perform the tasks necessary to practice in federal court under the ECF system, then the Court advises Mr. Green to associate with co-counsel capable of meeting this basic requirement.

**IT IS SO ORDERED.**

Dated: April 24, 2009

　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON, JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT