IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY J. MEDIRAN,

                Plaintiff,

    v.

THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS; UNITED AIRLINES,

                Defendants.

NO. C 09-538 TEH

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANTS' MOTIONS**

      To accommodate the Court's calendar, the case management conference and hearing on Defendants' Motions for Judgment on the Pleadings and to Strike, which are currently set for June 1, 2009, are hereby CONTINUED to **10 A.M. on June 15, 2009.** The briefing schedule for the motions will remain the same.

**IT IS SO ORDERED.**

Dated: May 21, 2009

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT