MERRILL F. STORMS, JR. (Bar No. 78333)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:    619-699-3526
Fax:    619-699-2701
rick.storms@dlapiper.com

HOPE ANNE CASE (Bar No. CA-157089)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:    650.833.2000
Fax:    650.833.2001
hope.case@dlapiper.com

Attorneys for Defendant
UNITED AIR LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY J. MEDIRAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS; UNITED AIRLINES, a Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:09-cv-538 TEH<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT AND FOR MODIFICATION OF ORDER TO GRANT LEAVE TO FILE AMENDED COMPLAINT**<br><br>Complaint Filed:　　January 2, 2009 |

Pursuant to Local Rule 6-2 of the Northern District of California it is hereby stipulated and agreed by Plaintiff JEFFREY J. MEDIRAN ("Plaintiff") and Defendants THE INTERNATIONAL ASSOCIATION OF  MACHINISTS AND AEROSPACE WORKERS ("IAMAW") UNITED AIR LINES, INC. ("United") (collectively, "Defendants"), by and through their attorneys, as follows:

WHEREAS this Court granted Defendants' Motions for Judgment on the Pleadings and ordered this case dismissed on June 16, 2009, and the Clerk entered the judgment on June 17,

-1-

WEST\21751638.1
410435-001090

DLA PIPER LLP (US)
EAST PALO ALTO

DEFENDANTS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:09-cv-538 TEH

-2-

1  2009;

2  WHEREAS Plaintiff filed a Notice of Motion and Motion to Set Aside Judgment and for

3  Modification of Order to Grant Leave to File Amended Complaint ("Motion") with this Court on

4  July 1, 2009;

5  WHEREAS the hearing date on the Motion is currently scheduled for August 10, 2009;

6  WHEREAS Plaintiff has an unavoidable conflict with the August 10, 2009 hearing date;

7  WHEREAS Defendants agreed to continue the hearing to August 24, 2009, on which date

8  all parties are available, or such other subsequent date that is convenient for the Court's calendar;

9  WHEREAS, the only previous time modifications in the case were that the Court ordered

10  the Case Management Conference originally set for May 18, 2009 continued to June 1, 2009, to

11  allow the hearing for the Defendants' Motions for Judgment on the Pleadings and subsequently

12  continued this hearing to June 15, 2009 to accommodate the Court's own schedule; and

13  WHEREAS, the stipulated extension will not affect any other aspect of the schedule in

14  this case as it has been dismissed;

15  IT IS HEREBY STIPULATED by and between Defendants and Plaintiff, through their

16  respective attorneys, that the hearing date on Plaintiff's Motion to Set Aside Judgment and for

17  Modification of Order to Grant Leave to File Amended Complaint may be continued from August

18  10, 2009 to August 24, 2009.

19  I, Hope Anne Case, am the ECF user whose ID and password are being used to file this

20  STIPULATION FOR CHANGE OF HEARING DATE.  In compliance with General Order 45,

21  X.B., I hereby attest that Ira Gottlieb and James Paul Green have concurred in this filing.

22

23

24

25

26  /////

27  /////

28  /////

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21751638.1
410435-001090

STIPULATION TO CONTINUE HEARING ON MOTION TO SET ASIDE JUDGMENT
CASE NO. 3:09-cv-538 TEH

| | |
|---|---|
| Dated: July 17, 2009 | DLA PIPER LLP (US) |
| | By      /s/ Hope Anne Case<br>MERRILL F. STORMS, JR.<br>HOPE ANNE CASE<br>Attorneys for Defendant<br>UNITED AIR LINES, INC. |
| Dated: July 17, 2009 | BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI ADELSTEIN & DICKINSON |
| | By      /s/ Ira Gottlieb<br>IRA GOTTLIEB<br>Attorneys for Defendant<br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| Dated: July ___, 2009 | LAW OFFICES OF JAMES PAUL GREEN |
| | By _____<br>JAMES PAUL GREEN<br>Attorneys for Plaintiff<br>JEFFREY J. MEDIRAN |

GOOD CAUSE APPEARING, AND PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the hearing on the Plaintiff's Motion to Set Aside Judgment and for Modification of Order to Grant Leave to File Amended Complaint in this case be continued to _____August 31_____, 2009 at 10:00 a.m.

Dated: _____
The Honorable Thelton E. Henderson
Judge of the U.S.

[Signature and seal: Judge Thelton E. Henderson, United States District Court, Northern District of California]

DLA PIPER LLP (US)
EAST PALO ALTO
WEST\21751638.1
410435-001090
-3-
STIPULATION TO CONTINUE HEARING ON MOTION TO SET ASIDE JUDGMENT
CASE NO. 3:09-cv-538 TEH