IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY J. MEDIRAN,

          Plaintiff,

    v.

THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS; UNITED AIRLINES,

          Defendants.

NO. C 09-538 TEH

**ORDER SCHEDULING HEARING ON RULE 60 MOTION**

The Court is in receipt of the Ninth Circuit's order of July 29, 2009, in which the appellate court stated that it would hold Mediran's appeal in abeyance until this Court addressed Mediran's Rule 60 Motion. Accordingly, the hearing on the Plaintiff's Motion to Set Aside Judgment shall be held at 10:00 A.M. on September 14, 2009. Defendants' Opposition brief shall be due no later than August 17, 2009. Plaintiff's Reply brief shall be due no later than August 24, 2009.

**IT IS SO ORDERED.**

Dated: August 7, 2009

                                      THELTON E. HENDERSON, JUDGE
                                      UNITED STATES DISTRICT COURT