IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY J. MEDIRAN,

          Plaintiff,

    v.

INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, et al.,

          Defendants.

NO. C09-00538 TEH

ORDER TO SHOW CAUSE

A motion for judgment on the pleadings filed by Defendant International Association of Machinists and Aerospace Workers ("Defendant") is currently pending before this Court. Plaintiff Jeffrey Mediran ("Plaintiff") failed to file any opposition papers by the May 30, 2011 deadline.

Accordingly, with good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall show cause as to why sanctions should not be imposed, including possible dismissal of this case for failure to prosecute. Plaintiff's show cause response shall be filed on or before June 20, 2011. Plaintiff shall also file opposition papers or a statement of non-opposition to the pending motion by the same date. The Court will then schedule a reply deadline and hearing date if necessary. If Plaintiffs fail to file a timely response to this order, this case shall be dismissed with prejudice for failure to prosecute.

The motion hearing scheduled for June 20, 2011, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: 6/8/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT