JAMES PAUL GREEN, ESQ. Bar No. 053645
Attorney at Law
335 West Portal Avenue
San Francisco, CA 94127
(415) 621-1501

Attorney for Plaintiff
JEFFREY J. MEDIRAN

**FILED**

JUN 14 2011

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY J. MEDIRAN<br><br>Plaintiff,<br><br>vs.<br><br>THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS; UNITED AIRLINES, a Corporation<br><br>Defendants | Case No.: CV–090538 TEH<br><br>STIPULATION OF PARTIES & ~~PROPOSED~~ ORDER SETTING NEW DATE FOR DEFENDANT IAM'S MOTION FOR JUDGMENT ON THE PLEADINGS |

THE PARTIES STIPULATE as hereinafter set forth to move the hearing date now set for June 20, 2011 at 10:00 a.m. to July 11, 2011 at 10:00 a.m. based upon a conflict for Counsel for plaintiff MEDIRAN.

PRELIMINARY STATEMENT

IAM's Motion setting hearing date for June 20, 2011 was set without coordination between Counsels for the parties as to the date of hearing. Counsel of Plaintiff was and is set for trial in San Francisco Superior Court on June 20, 2011, and will be thus unavailable. Counsel for plaintiff did not receive the moving papers when

STIPULATION OF PARTIES & PROPOSED ORDER SETTING NEW DATE
FOR DEFENDANT IAM'S MOTION FOR JUDGMENT ON THE PLEADINGS

Mediran v. The International Association of Machinists and Aerospace Workers, et al.
Case No. CV-090538 TEH
Page 2 of 3

filed electronically, given that the email address for Counsel for plaintiff is disabled. Mr. Green's email address has been changed to jpglaw1@gmail.com. Counsel for Plaintiff requested a copy of the documentation to be mailed, and a copy was provided by opposing Counsel thereafter. Counsel for Plaintiff advised opposing Counsel by letter of May 18, 2011 that a conflict existed with respect to the Motion filed by IAM as to the earlier scheduled trial date for Counsel for Plaintiff.

Counsel for defendant IAM agreed to accommodate a change in hearing date by letter dated May 23, 2011, and the parties have agreed that the new proposed date of July 11, 2011 be set for hearing upon confirmation by the Court as being an available date for hearing.

Based upon the agreement to continue the date of hearing to July 11, 2011, the responsive Memorandum in opposition to the Motion was not filed by plaintiff, so as to track with the new hearing date, and was further not completed based upon the passage of time in Counsel for Plaintiff's receiving the Motion which was not received at the time of the e-filing. The disablement of the email account originated by the vendor, rather than Counsel for Plaintiff because the address was compromised by spam intruders.

## STIPULATION

1. The parties request the Court to schedule the hearing date for July 11, 2011 at 10:00 a.m., or soon thereafter as the matter may be heard, and vacating the June 20, 2011 date on the Court's 10:00 a.m. calendar.

2. The Motion is being continued as a result of a prior scheduled trial, which will go to trial in San Francisco Superior Court June 20, 2011, in which Mr. Green is Counsel for a party therein. The trial in the San Francisco Superior Court matter has been set for some months prior to the pending Motion by defendant,

Mediran v. The International Association of Machinists and Aerospace Workers, et al.
Case No. CV-090538 TEH
Page 3 of 3

per Mr. Green's advice. The case is entitled "B & S Crane & Erection Service, Inc. v. American Contractors, et al.," San Francisco Superior Court case number CGC-10-499761.

    3. The Court is respectfully requested to continue the hearing date as aforesaid, and to allow the Memorandum in opposition to be filed to track with the new hearing date.

DATED: June 9, 2011

BUSH, GOTTLIEB, SINGER, LOPEZ,
KOHANSKI, ADELSTEIN & DICKENSON

By: _____
IRA L. GOTTLIEB
Attorney for Defendant
THE INTERNATIONAL ASSOCIATION
OF MACHINISTS AND AEROSPACE
WORKERS

JAMES PAUL GREEN

_____
Attorney for Plaintiff
JEFFREY J. MEDIRAN

ORDER (~~PROPOSED~~)

The hearing date for the Motion for Judgment on the Pleadings on June 20, 2011 at 10:00 a.m. is vacated, and shall be set for July 11, 2011 at 10:00 a.m. in Courtroom 12. Plaintiff's Memorandum in opposition to the Motion shall be filed on June 20, 2011.

DATED: June 15, 2011

_____
JUDGE OF THE UNITED STATES DISTRICT COURT
Judge Thelton E. Henderson

STIPULATION OF PARTIES & PROPOSED ORDER SETTING NEW
FOR DEFENDANT IAM'S MOTION FOR JUDGMENT ON THE PLEADINGS