IRA L. GOTTLIEB (SBN 103236)
igottlieb@BushGottlieb.com
PAMELA CHANDRAN (SBN 250829)
pchandran@BushGottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California  91203-3345
Telephone:  (818) 973-3200
Facsimile:  (818) 973-3201

Attorneys for Defendant International Association of Machinist and Aerospace Workers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY J. MEDIRAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS; UNITED AIRLINES, a Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | **CASE NO. 3:09-CV-00538-TEH**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**Judge: THELTON E. HENDERSON**<br>**FRCivP 41(a)(1)(A)(ii)** |

IT IS ORDERED that

In accordance with the parties' stipulation filed May 24, 2012, this entire action is dismissed with prejudice.  All pretrial dates and orders are hereby vacated.

289664.1  11141-19001                                                                                                                3:09-CV-00538-TEH

ORDER DISMISSING ACTION WITH PREJUDICE

1 DATED: May 29, 2012



_____
THELTON E. HENDERSON
United States District Judge